IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANTERO RESOURCES CORPORATION | § | |
| | § | |
| VS. | § | ACTION NO. 4:16-CV-668-Y |
| | § | |
| C&R DOWNHOLE DRILLING, INC. ET AL. | § | |
| | § | |
| VS. | § | |
| | § | |
| JOHN KAWCAK | § | |

## FINAL JUDGMENT

In accordance with the verdict of the jury returned on April 14, 2022, Antero Resources Corporation shall have and recover from John Kawcak the total amount of $11,897,689.39, plus post-judgment interest to accrue at a rate of 1.84 percent from the date of this judgment until paid. All costs of Court under 28 U.S.C. § 1920 regarding these claims shall be borne by Kawcak.

Any other claims remaining in this case are DISMISSED WITH PREJUDICE to their refiling.

SIGNED April 19, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr